# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDY JOHANA RAVE SALAZAR, | 5:26-cv-00114-FLA-SK |
| Plaintiff and Petitioner, | |
| vs. | **ORDER ON STIPULATION AND JOINT REQUEST FOR ENTRY OF JUDGMENT** |
| JAMES JANECKA, Warden of the Adelanto Detention Center; et al. | |
| Defendants-Respondents | |

In accordance with the Stipulation and Joint Request for Entry of Judgment with all appellate rights reserved [Dkt. No. 17], IT IS ORDERED that the Petition under 28 U.S.C. § 2241 is granted consistent with the reasons and findings set forth in the District Court's April 20, 2026 order granting Petitioner's *ex parte* application for Temporary Restraining Order [Dkt. No. 13].  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATE: May 7, 2026

_____
Honorable Steve Kim
United States Magistrate Judge

1