**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDY JOHANA RAVE SALAZAR, | 5:26-cv-00114-FLA-SK |
| Plaintiff and Petitioner, | |
| vs. | **JUDGMENT** |
| JAMES JANECKA, Warden of the Adelanto Detention Center; et al. | |
| Defendants-Respondents | |

Pursuant to the Order on the Stipulation and Joint Request for Entry of Judgment, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2241 is granted as set forth in that Order.

The Clerk is instructed to close this case.

DATE: May 7, 2026

_____
Honorable Steve Kim
United States Magistrate Judge

1